UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:<br>Ceria Bellinger | Case No: 20-20863 |
| | Chapter: 13 |
| Debtor(s) | |

**REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States trustee and all creditors) as required by Fed. R. Bank. P. 3015(g);

3. The Chapter 13 Plan filed with the Court is amended as follows:

*Increase plan payment to $940.00 monthly ($470.00 semi-monthly).*

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

**I certify that the foregoing is true and correct.**

Respectfully Submitted,

/s/ Brett J. Pfeifer                    Dated: May 26, 2020
Attorney for the Debtor(s), 1022646
Credit Solutions, S.C.
626 E. Wisconsin Ave., Ste. 1000
Milwaukee, WI 53202
414-272-0077
Fax: 414-272-0102

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:  
Ceria Bellinger

Case No: 20-20863

Chapter: 13

Debtor(s)

**NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

The Debtor has filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court  
517 E. Wisconsin Avenue  
Room 126  
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the expiration of 21 days.

If you or your attorneys do not take these steps, the court may decide that you do not oppose the request and may enter an order confirming the amended Chapter 13 Plan.

/s/ Brett J. Pfeifer             Dated: May 26, 2020  
Attorney for the Debtor(s), 1022646  
Credit Solutions, S.C.  
626 E. Wisconsin Ave., Ste. 1000  
Milwaukee, WI 53202  
414-272-0077  
Fax: 414-272-0102

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:<br>Ceria Bellinger | Case No: 20-20863 |
| Debtor(s) | Chapter: 13 |

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of the within Notice and Request to Amend Unconfirmed Chapter 13 Plan was served via ECF or mailed by first class mail, postpaid and with return address, by depositing in the U.S. Mail at 626 E. Wisconsin Ave., Milwaukee WI 53202, on May 26, 2020 to the following parties and the parties on the attached matrix:

Chapter 13 Trustee:  via ECF

/s/ Brett J. Pfeifer                          Dated:  May 26, 2020
Attorney for the Debtor(s), 1022646
Credit Solutions, S.C.
626 E. Wisconsin Ave., Ste. 1000
Milwaukee, WI  53202
414-272-0077
Fax: 414-272-0102