So Ordered.

Dated: December 16, 2020



Katherine Maloney Perhach
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

IN RE: Ceria Bellinger        Case No. 20-20863-kmp
       Chapter 13 Case

Debtor

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

21ST Mortgage (the "Movant") filed a motion for relief from stay to exercise its rights and remedies with respect to the Debtor's real property legally described as Lot Nine (9) in Block Six (6) in Prospect Heights, a Subdivision of A Part of the Southeast One-Quarter (1/4) of Section Twenty-Nine (29), in Township Eight (8) North, Range Twenty-One (21) East, in the City of Milwaukee, County of Milwaukee, State of Wisconsin, and commonly known as 5730 North 96th Street, Milwaukee, WI (the "Property"). Due and proper notice was given, and no objections were filed. The facts recited in the motion show that cause exists for granting the Movant's request for relief from the stay.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####